**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SPENCER et al.,

      Plaintiff,      No. 23-cv-4700

  v.

FIGUEROA et al.,          Judge Mary M. Rowland

      Defendants.

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME**
**TO ANSWER OR OTHERWISE PLEAD PLAINTIFF'S COMPLAINT**

   Defendants, Figueroa, Tapia, Gougis-Smith, Rodriguez and Sheriff Dart (collectively "Defendants"), by their attorney, KIMBERLY M. FOXX, State's Attorney of Cook County, through her Assistant State's Attorney, Calvin Edwards, pursuant to Federal Rule of Civil Procedure 6, and respectfully move this Court for an extension of time to August 28, 2023, to respond to Plaintiff's Complaint. In support of this Motion, Defendants state the following:

1. On July 31, 2023, Assistant State's Attorney Calvin Edwards filed his appearance in this case. [Dkt. 11.]

2. Above counsel respectfully requests an extension of 14 days from the previous due date of August 14, 2023, to file an Answer or otherwise plead to Plaintiff's Complaint.

3. Above counsel has not had an opportunity to fully review the allegations set forth in Plaintiff's Complaint and is diligently investigating documents to determine what course of action to take regarding Plaintiff's Complaint.

4. This is Motion is Defendant's first request for an extension of time to file an Answer or otherwise plead to Plaintiff's Complaint. This request is not made for the purpose of delay or for any other improper purpose.

5. An extension will not prejudice Plaintiffs as no discovery schedule has been set.

6. Above counsel has reached out to Plaintiffs' counsel and Plaintiffs' counsel does not object to this request.

WHEREFORE, Defendants respectfully requests that this Honorable Court grant the following relief:

(a) That this Honorable Court grant an enlargement of time up to and including an enlargement of time to Monday, August 28, 2023, to file an Answer or otherwise plead to Plaintiff's Amended Complaint; and,

(b) To grant any other relief it deems necessary and just.

Respectfully Submitted,

KIMBERLY M. FOXX
State's Attorney of Cook County

By:     */s/ Calvin Edwards*
        Calvin Edwards
        Assistant State's Attorney
        500 Richard J. Daley Center
        Chicago, IL 60602
        (312)-702-1377
        calvin.edwards@cookcountyil.gov

2

### <u>CERTIFICATE OF SERVICE</u>

I, Calvin Edwards, hereby certify that I have caused true and correct copies of the above and foregoing to be served on Plaintiffs pursuant to ECF, in accordance with the rules of electronic filing of documents.

<u>*/s/ Calvin Edwards*</u>
Calvin Edwards